## No. 13,745.

### TRAUNER *v.* CLIMAX MOLYBDENUM COMPANY ET AL.
(47 P. [2d] 1118)

Decided July 15, 1935.

Judgment affirmed en banc without written opinion, Mr. Justice Campbell, Mr. Justice Burke and Mr. Justice Holland not participating.

Messrs. RYAN & WILDY, Mr. L. S. BOATRIGHT, for plaintiff in error.

Mr. HAROLD CLARK THOMPSON, Mr. PAUL P. PROSSER, Attorney General, Mr. M. S. GINSBERG, Assistant, for defendants in error.